**GREENBERG TRAURIG, LLP**
Ian C. Ballon (SBN 141819)
*Ballon@gtlaw.com*
1900 University Avenue, 5th Floor
East Palo Alto, California 94303
Telephone: 650-328-8500

Rebekah S. Guyon (SBN 291037)
*GuyonR@gtlaw.com*
1840 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: 310-586-7700

Kristin O'Carroll (SBN 312902)
*ocarrollk@gtlaw.com*
101 Second Street, Suite 2200
San Francisco, California 94105-3668
Telephone: 415-655-1300

*Attorneys for Defendant 23andMe, Inc.*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| Michael Schutz, Cody Vogel, and Eileen Mullen, on behalf of themselves and all others similarly situated,<br><br>        *Plaintiffs*,<br><br>v.<br><br>23ANDME, INC.,<br><br>        *Defendant*. | CASE NO.  3:23-cv-05579-EMC<br><br>Hon. Edward M. Chen<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT** |

23andMe, Inc. ("Defendant") and Plaintiffs Michael Schutz, Cody Vogel, and Eileen Mullen, on behalf of all others similarly situated ("Plaintiffs") (collectively the "Parties"), hereby stipulate and agree that Defendant shall have an extension of time, until and including February 1, 2024, to respond to Plaintiffs' Complaint.

The Parties, by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiffs filed the Complaint on October 30, 2023;

WHEREAS, Plaintiff served the Summons and Complaint on Defendant by Waiver of Service of Summons on November 2, 2023;

WHEREAS, Defendant's initial deadline to respond under the Federal Rules of Civil Procedure was January 2, 2024;

WHEREAS, the Parties have agreed, in furtherance of judicial economy, to an extension of time for Defendant to respond to the Complaint, through and including February 1, 2024;

NOW THEREFORE, IT IS HEREBY STIPULATED by, between and among Plaintiffs and Defendant that:

The deadline for Defendant to file its respective responsive pleading to Plaintiffs' Complaint is extended thirty days from January 2, 2024, up to and including February 1, 2024.


DATED:  December 29, 2023                    GREENBERG TRAURIG, LLP


                                        By:    /s/Rebekah S. Guyon
                                                Rebekah S. Guyon
                                                Attorneys for Defendant, 23andMe, Inc.


DATED:  December 29, 2023                    KAPLAN FOX & KILSHEIMER LLP


                                        By:    /s/Laurence D. King
                                                Laurence D. King
                                                Attorneys for Plaintiffs and Proposed Class

1

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3):**

2

I, Rebekah S. Guyon, counsel for Defendant, attest that all Signatories have concurred in the

3

filing of the document.

4

DATED:  December 29, 2023            GREENBERG TRAURIG, LLP

5

6                                  By:     _/s/ Rebekah S. Guyon_____

7                                          Rebekah S. Guyon
                                           Attorneys for Defendant, 23andMe, Inc.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO
RESPOND TO COMPLAINT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

The deadline for Defendant to file its respective responsive pleading to Plaintiffs' Complaint is February 1, 2024.

January, 2024
DATED:  this  5  day of December, 2023

_____
Hon. Edward M. Chen
United States District Court Judge

---

4

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO
RESPOND TO COMPLAINT